**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**COLUMBUS DIVISION**

| | | |
|---|---|---|
| T.A.P-T., | : | |
| | : | |
| Petitioner, | : | |
| | : | |
| v. | : | Case No. 4:26-cv-1268-CDL-AGH |
| | : | 28 U.S.C. § 2241 |
| Warden, STEWART DETENTION CENTER, *et al.*, | : | |
| | : | |
| | : | |
| Respondents. | : | |

# ORDER

On October 9, 2026, the Court granted Petitioner's petition for writ of habeas corpus and ordered Respondents to provide Petitioner with a bond hearing pursuant to 8 U.S.C. § 1226(a)(2) and the applicable regulations (ECF No. 3). On October 21, 2026, Petitioner filed a motion to enforce the Court's judgment, alleging that the bond hearing Petitioner received was "was a procedural sham that violated the Due Process Clause[.]" Mot. to Enforce J. 1, ECF No. 6.

Other petitioners have made similar allegations regarding their bond hearings and filed motions to enforce judgment or court orders. In order to expedite consideration of those motions, the Court consolidated them into one case. *See R.R.C. v. Streeval*, No. 4:25-cv-525-CDL-CHW (M.D. Ga.). It is unclear to the Court whether Petitioner is making the same assertions as argued in *R.R.C.* Thus, Petitioner shall review the attached consolidation order and determine whether Petitioner intends for the Court to construe his motion as one to enforce judgment and to consolidate

this case into *R.R.C.* Petitioner shall have **SEVEN (7) DAYS** to file a notice to consolidate this case into *R.R.C.* if he wishes to do so, at which time the Clerk's office shall consolidate this case accordingly. If Petitioner does not wish to consolidate, then he shall file a notice with the Court indicating such, and the Court will consider his motion to enforce judgment in due course.

**SO ORDERED**, this 30th day of October, 2026.

s/ *Amelia G. Helmick*
UNITED STATES MAGISTRATE JUDGE